F. L. LEBEAU, INC., Respondent, v. PAUL BALME, Doing Business under the Firm Name and Style of B. PAUL, Appellant.— Order affirmed, with ten dollars

costs and disbursements. No .opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.